GUSTIN ET AL., APPELLEES, *v.* CHANEY ET AL., APPELLANTS.

[Cite as *Gustin v. Chaney,* 112 Ohio St.3d 102, 2006-Ohio-6509.]

(No. 2006–0655—Submitted November 15, 2006—Decided December 27, 2006.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Robinson v. Bates,* 112 Ohio St.3d 17, 2006-Ohio-6362, 857 N.E.2d 1195.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

---

Gary D. Ostendarp and Paul N. Herdman, for appellees.

Droder & Miller Co., L.P.A., Bradley A. Powell, and Jeffrey T. Kenney, for appellants.